No. A–45 (82–78). CALIFORNIA v. SHIRLEY. Application for stay of enforcement of the judgment of the Supreme Court of California, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–102 (82–157). SMITH v. OLSON, REGISTRAR OF VOTERS, ORANGE COUNTY, CALIFORNIA, ET AL. Application for injunction, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–103 (82–274). PENNSYLVANIA ET AL. v. DELAWARE VALLEY CITIZENS' COUNCIL FOR CLEAN AIR ET AL. C. A. 3d Cir. Application for stay, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. D–266. IN RE DISBARMENT OF FELDMAN. Disbarment entered. [For earlier order herein, see 456 U. S. 956.]

No. D–271. IN RE DISBARMENT OF WAJERT. Disbarment entered. [For earlier order herein, see 456 U. S. 957.]

No. D–272. IN RE DISBARMENT OF LANGKAM. Disbarment entered. [For earlier order herein, see 456 U. S. 957.]

No. D–277. IN RE DISBARMENT OF BOEHM. Disbarment entered. [For earlier order herein, see 457 U. S. 1103.]

No. D–278. IN RE DISBARMENT OF PAGLIANITE. It is ordered that Frank A. Paglianite, of Pittston, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–279. IN RE DISBARMENT OF RESNICK. It is ordered that David Resnick, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.